Christopher Sproul (State Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376, (510) 847-3467
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com

Fredric Evenson (State Bar No. 198059)
ECOLOGY LAW CENTER
~Monterey Bay~
P.O. Box 1000
Santa Cruz, CA 95061
Telephone: (831) 454-8216
Email: evenson@ecologylaw.com

Attorneys for Plaintiff
ECOLOGICAL RIGHTS FOUNDATION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>COMMERCIAL SANDBLAST COMPANY,<br><br>　　　　　　Defendant. | Civil Case No. 2:19-cv-07213-MWF-JEM<br><br>NOTICE OF LODGING OF CONSENT DECREE (ERRATA) |

Plaintiff Los Angeles Waterkeeper hereby lodges with the Court the attached proposed settlement of this matter, in the form of a Consent Decree.

It is respectfully requested that the Court take no action on the proposed Consent Decree at this time in order to allow for compliance with section 505(c)(3) of the Clean Water Act, which provides for a forty-five (45) day review period of the settlement by the United States Department of Justice ("DOJ") and Environmental Protection Agency ("EPA"). Plaintiffs will provide the Consent decree to DOJ and EPA for review pursuant to 40 C.F.R. §135.5. In the meantime,

until the forty-five (45) day review period is complete, no action is required of the Court, and no action should be taken on the proposed settlement at this time.

At the expiration of the forty-five (45) day review period, Plaintiff will inform the Court as to any comments received by EPA and DOJ. If no adverse comments are received, then Plaintiff will move the Court to enter the Consent Decree. If there are comments received from EPA or DOJ adverse to the settlement, Plaintiffs shall so inform the Court with the Parties' response and/or resolution of any such comments.

In light of the parties' settlement, Plaintiff respectfully requests the Court to vacate all pending deadlines in the case and defer holding a case management conference pending Plaintiff's anticipated request to move the Court to enter the Consent Decree.

Note: Plaintiff files this errata version of its Notice of Lodging of Consent Decree to correct an error in the caption of its previously filed version (Dkt. 20).

Respectfully submitted,

Dated: February 28, 2020                    ENVIRONMENTAL ADVOCATES

*Christopher A. Sproul*
_____
Christopher Sproul, Attorney for
Plaintiff LOS ANGELES
WATERKEEPER